UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-8408-GW (KS)                                    Date: December 28, 2020

Title   *Sydney A. Petillo v. Clark*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

    On September 8, 2020 Plaintiff, a California state prisoner, filed a civil rights complaint (the "Complaint") pursuant to 42 U.S.C. § 1983 (Dkt. No. 1) and an application (the "Application") to proceed without prepayment of the filing fees (*i.e.*, "IFP" or *in forma pauperis*) (Dkt. No. 3). On September 21, 2020, United States District Judge George H. Wu denied the Application because Plaintiff failed to authorize disbursements from his prison trust account to pay the filing fees, and Judge Wu ordered Plaintiff to, within 30 days, resubmit the IFP application (and Complaint) with a Certified Trust Account Statement and Disbursement Authorization.  (Dkt. No. 5.)

    On October 26, 2020, Plaintiff submitted a "Declaration in Support of Request to Proceed *In Forma Pauperis*" without any accompanying IFP form.  (Dkt. No. 6.)  On November 5, 2020, Judge Wu again denied Plaintiff's request to proceed IFP.  (Dkt. No. 7.)  The Court noted that Plaintiff had again failed to submit a Certified Trust Account Statement and Disbursement Authorization and, instead, had "unilaterally decided to pay a $20 filing fee and authorized a single withdrawal from his trust account for that amount" even though the Court had not determined what Plaintiff's fee should be.  (*Id.*)  Judge Wu ordered Plaintiff to, within 30 days, resubmit the IFP application (and Complaint) with a Certified Trust Account Statement and Disbursement Authorization.  (*Id.*)  The Order stated that "[i]f plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED."  (*Id.*)

    More than three weeks have now passed since Plaintiff's December 5, 2020 deadline for filing a new IFP application with a Certified Trust Account Statement and Disbursement Authorization, and he has neither filed new IFP application nor otherwise communicated with the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-8408-GW (KS)                                    Date: December 28, 2020

Title     _Sydney A. Petillo v. Clark_

Court about his case.  Accordingly, the case is now subject to dismissal for failure to comply with court orders and failure to either pay the filing fee or file a complete application to proceed IFP. Therefore, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than January 19, 2021, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $400 filing fee in full; or (2) file a complete IFP application, with the Certified Trust Account Statement and Disbursement Authorization, with the Court on or before the January 19, 2021 deadline.**

**Plaintiff's failure to timely comply with this Order will result in the dismissal of his case.**

**IT IS SO ORDERED**.

:

**Initials of Preparer**   gr