UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-8408-GW (KS)                                        Date: March 9, 2021

Title     *Sydney A. Petillo v. Warden Clark*

Present: The Honorable:     Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 8, 2020, Plaintiff, a California state prisoner who is proceeding *pro se* and *in forma pauperis* ("IFP") filed a civil rights complaint ("Complaint"). (Dkt. No. 1, 10.) The Complaint was a single page, with Plaintiff's one-page signed declaration attached, and the Court could not understand Plaintiff's legal arguments and factual allegations. Accordingly, on February 12, 2021, the Court dismissed the Complaint for failure to state a claim and comply with Rule 8 of the Federal Rules of Civil Procedure and granted Plaintiff a chance to file a First Amended Complaint that clearly states what rights were violated, when, how, and by whom. (Dkt. No. 11.) The Court directed Plaintiff to file his First Amended Complaint—or a Notice of Voluntary Dismissal—within 21 days, *i.e.*, no later than March 5, 2021. (*Id.*)

On March 5, 2021, Plaintiff filed a Response. (Dkt. No. 12.) Plaintiff's Response is not a First Amended Complaint and it, like the Complaint, is indecipherable. The Court cannot understand whether Plaintiff is seeking an extension of time, expressing his refusal to comply with the Court's prior order, or seeking some other form of relief. Plaintiff states that he "must relive the entire malicious debacle again" and mentions becoming "an alcoholic" and "be[ing] included as a relative relevant human being . . . amongst the chosen dead population of incarcerated inmates." (*Id.*) He ends the Response by stating, "I will not be insulted with intelligence and legal quotes." (*Id.*) Suffice to say, Plaintiff has not filed a First Amended Complaint correcting the defects previously identified by the Court on or before the March 5, 2021 deadline.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 20-8408-GW (KS)                                    Date: March 9, 2021

Title  *Sydney A. Petillo v. Warden Clark*

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior order.

However, in the interests of justice, and, in particular, given the possibility that Plaintiff is seeking an extension of time to comply with the Court's prior order, Plaintiff is **ORDERED TO SHOW CAUSE on or before March 30, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing one of the following:

(1) a request for an extension of time to file a First Amended Complaint; or

(2) a First Amended Complaint, preferably typed or neatly handwritten on the Central District's standard civil rights complaint form, correcting the deficiencies identified in the Court's February 12, 2021 Order.

Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Court's February 12, 2021 Order (Dkt. No. 11) and the Central District's standard civil rights complaint form.

**IT IS SO ORDERED.**

:

**Initials of Preparer**  gr