CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:20-8408-GW (MAR)** | Date: June 23, 2021 |
| Title | *Sydney A. Petillo v. Warden Clark* | |

Present: The Honorable: MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

On September 8, 2020, Sydney A. Petillo ("Plaintiff") filed a pro se Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("section 1983"). ECF Docket No. ("Dkt.") 1. On February 12, 2021, the Court dismissed the Complaint with leave to amend, granting Plaintiff twenty-one (21) days to file a First Amended Complaint. Dkt. 11 at 8. On March 9, 2021, the Court ordered Plaintiff to show cause why the Complaint should not be dismissed for failure to prosecute, given that he had not filed a First Amended Complaint or requested an extension of time. Dkt. 13 at 2.

On March 29, 2021, Plaintiff filed a "Motion to Dismiss with Leave to Amend" ("Motion"). Dkt. 15. On April 7, 2021, the Court asked Plaintiff to clarify whether the Motion sought to voluntarily dismiss the Complaint pursuant to Rule 41(a)(1)(A), or whether Plaintiff sought leave to amend his claims or requested relief. Dkt. 16. On April 15, 2021, Plaintiff filed an unclear "Motion for Summary Judgment," which the Court construed as a request for an extension of time[1] to respond to the Court's April 7, 2021 Order. Dkt. 17. Plaintiff's response was due on May 12, 2021. Dkt. 18.

To date, the Court has received no response from Plaintiff.

Accordingly, Plaintiff is ordered to show cause in writing **within twenty-one (21) days** of this Order why this action should not be dismissed under Rule 41(b) for failure to prosecute. See Fed. R. Civ. P. 41(b); Dkt. 24 at 12–13.

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

(1) Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's February 12, 2021 ODLA;

---

[1] The caption of the Motion, Dkt. 17, read as follows: "Motion for Summary Judgment Motion to Extend Time."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:20-8408-GW (MAR)** | Date: June 23, 2021 |
| Title | *Sydney A. Petillo v. Warden Clark* | |

(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or

(3) Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

**Failure to respond to the Court's Order may result in the dismissal of the action.**

**IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | ev |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____     _____
*Date*                                   *Signature of Attorney/Party*

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*