UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:20-cv-8408-GW (MAR)**                                              Date: August 6, 2021

Title    *Sydney A. Petillo v. Warden Clark*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA BUSTOS | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER RE:  JUNE 23, 2021 OSC, DKT. 19**

On June 23, 2021, this Court issued an Order to Show Cause ("OSC") ordering Plaintiff to show by July 14, 2021 why this action should not be dismissed for failure to prosecute.  ECF Docket No. ("Dkt.") 19.  Plaintiff was warned that "[f]ailure to respond to the Court's Order **may** result in the dismissal of the action."  Id. (emphasis added).  To date, Plaintiff has not responded to the Court's June 23, 2021 OSC.

Accordingly, Plaintiff must respond to the Court's June 23, 2021 Order, with one (1) of the three (3) options listed in the OSC:

(1) Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's February 12, 2021 ODLA;
(2) Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or
(3) Plaintiff may request a voluntarily dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk is directed to attach a Notice of Dismissal form for Plaintiff's convenience.

Dkt. 15.  Plaintiff must comply **within fourteen (14) days of this Order, by August 20, 2021**, or this action **will** be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | eb |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s). | CASE NUMBER<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____        _____
*Date*                        *Signature of Attorney/Party*

NOTE:   **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**