JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY A. PETILLO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WARDEN CLARK,<br><br>　　　　Defendant(s). | Case No. 2:20-cv-8408-GW (MAR)<br><br><br>JUDGMENT |

　　　Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: September 8, 2021

_George H. Wu_

HONORABLE GEORGE H. WU
United States District Judge